| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

**CENTRAL DISTRICT OF CALIFORNIA**

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Columbia Asthma & Allergy Clinic I, PC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Columbia Asthma and Allergy Clinic, LLC.**<br>**FKA  Columbia Asthma and Allergy Clinic, Inc.**<br>**Columbia Asthma & Allergy Clinic**<br>**Columbia Asthma**<br>**Sanjeev Jain dba Asthma and Allergy**<br>**Columbia Asthma and Allergy Clinic**<br>**Asthma and Allergy Clinic** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **34-2046854** |
| 4. | Debtor's address | **Principal place of business**<br><br>**10599 Wilshire Blvd., #401D**<br>**Los Angeles, CA 90024**<br><u>Number, Street, City, State & ZIP Code</u><br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>**43575 Mission Blvd., #716**<br>**Fremont, CA 94539**<br><u>P.O. Box, Number, Street, City, State & ZIP Code</u><br><br>**Location of principal assets, if different from principal place of business**<br>**3448 Mowry Avenue, Fremont, CA 94538**<br>**(Note: Debtor also has locations in Redwood City and Oakland)**<br><u>Number, Street, City, State & ZIP Code</u> |
| 5. | Debtor's website (URL) | **www.columbiaallergy.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Columbia Asthma & Allergy Clinic I, PC**                                            Case number *(if known)* _____
            <span style="font-size:small">Name</span>

**7.    Describe debtor's business**      A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor   **Columbia Asthma & Allergy Clinic I, PC**                                   Case number (*if known*) _____
         _____
         Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. | |

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **AAIM Care, LLC** | Relationship | | **Sanjeev Jain is the principal** |
| | | **U.S. Bankruptcy Court** | | | |
| | District | **District of Oregon (Portland)** | When | **2/14/22** | Case number, if known | **22-30228-thp11** |

**11. Why is the case filed in *this district?***  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____

         Contact name       _____

         Phone              _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|

| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|

Debtor    __Columbia Asthma & Allergy Clinic I, PC_____    Case number (*if known*)_____
      Name

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Columbia Asthma & Allergy Clinic I, PC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/01/2023
        MM / DD / YYYY

X   *Sanjeev Jain*
Signature of authorized representative of debtor

**Sanjeev Jain, MD**
Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X   /s/Michael Jay Berger
Signature of attorney for debtor

Date   02/01/2023
        MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**       Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Columbia Asthma & Allergy Clinic I, PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/1/2023              X  _Sanjeev Jain_____
                                        Signature of individual signing on behalf of debtor

                                      **Sanjeev Jain, MD**
                                      Printed name

                                      **Chief Executive Officer**
                                      Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **13847 San Leandro Partners LLC** c/o Donald L. Smith, Esq. 80770 Via Montecito La Quinta, CA 92253 | | **Judgment arising from breach of lease agreement** | **Contingent Unliquidated Disputed** | | | $26,000.00 |
| **Avery Mills Square, L.P.** c/o L. Peter Ryan Fox Rothschild LLP 345 California Street, Suite 2200 San Francisco, CA 94104 | | **Assets of the Debtor** | **Contingent Unliquidated** | $63,122.65 | $0.00 | $63,122.65 |
| **Avion Funding** 101 Chase Avenue, Ste 208 Lakewood, NJ 08701 | | **Assets of the Debtor** | **Contingent Unliquidated** | $280,000.00 | $0.00 | $280,000.00 |
| **Cardinal Health 108 LLC** 7000 Cardinal Place Dublin, OH 43017 | | **Assets of the Debtor** | **Contingent Unliquidated** | $419,821.05 | $0.00 | $341,345.74 |
| **Caremark FR** PO Box 840688 Dallas, TX 75284-0688 | | **medical supplies** | | | | $75,326.75 |
| **Dr Catalyst LLC** PO Box 255436 Sacramento, CA 95865 | | **Services** | | | | $53,657.98 |
| **ERTech Pros, LLC** PO Box 255687 Sacramento, CA 95865 | | **Services** | | | | $16,401.21 |

Debtor  **Columbia Asthma & Allergy Clinic l, PC**                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Itria Ventures LLC c/o Jonathan Gitlin, Esq. One Penn Plaza, Suite 3101 New York, NY 10119 | | Assets of the Debtor | Contingent Unliquidated | $541,800.00 | $0.00 | $541,800.00 |
| JP Morgan Chase 12360 Lake City Way NE Seattle, WA 98125 | | Assets of the Debtor | Contingent Unliquidated | $1,859,000.00 | $0.00 | $1,859,000.00 |
| Lawrence Commercial Center, LLC PO Box 9931 San Jose, CA 95157 | | Lease for Sunnyville office which the Debtor had vacated; Included as a precaution and for notification purposes | Contingent Unliquidated Disputed | | | $121,868.76 |
| LG Funding LLC 1218 Union Street Brooklyn, NY 11225 | | Assets of the Debtor | Contingent Unliquidated | $207,000.00 | $0.00 | $207,000.00 |
| Meditab Software Inc. PO Box 255687 Sacramento, CA 95865 | | Services | | | | $57,292.01 |
| MedPharm Services LLC Attn: General Counsel 3100 Carr 199 Ste 202 San Juan, PR 00926 | | Promissory note secured by a personal stock pledge from the Debtor's CEO, Sanjeev Jain, and a personal guarantee by Sanjeev Jain and Rajeev Jain. | Unliquidated | | | $200,000.00 |
| MedPharm Services LLC c/o  Kalpesh Patel, Managing Member 3100 Carr 199 Ste 104 San Juan, PR 00926 | | Promissory note secured by a personal stock pledge from the Debtor's CEO, Sanjeev Jain, and a personal guarantee by Sanjeev Jain. | Contingent Unliquidated | $500,000.00 | $0.00 | $500,000.00 |
| OnDeck Capital, LLC Client Service Center 4201 Wilson Blvd., Ste 110-209 Arlington, VA 22203 | | Business loan | Contingent Unliquidated Disputed | | | $250,000.00 |

Debtor    **Columbia Asthma & Allergy Clinic I, PC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OSO Specialty Infusion** c/o Clark Hill LLP Attn: David M. Perl, Esq. One Embarcadero Center, Suite 400 San Francisco, CA 94111 | | **Complaint by OSO against Columbia Asthma and Allergy Clinic, Inc, and a cross-complaint by Columbia Asthma and Allergy Clinic, Inc. against OSO. Included as a precaution and for notification** | **Contingent Unliquidated Disputed** | | | $600,000.00 |
| **Savi Commercial Group II, LLC** PO Box 6103 Fremont, CA 94538 | | **Unpaid rent for the old Fremont office lease.** | **Contingent Unliquidated** | | | $102,292.70 |
| **SPI 80 Grand Broadway** c/o Seagant Properties, Inc. 980 Fifth Avenue San Rafael, CA 94901 | | **Lease for old Oakland office that Debtor vacated.** | **Contingent Unliquidated** | | | $382,465.50 |
| **U.S. Small Business Administration** c/o Elan S. Levey 300 N. Los Angeles Street Fed. Bldg., Rm. 7516 Los Angeles, CA 90012 | | **PPP loan #2 through JP Morgan Chase Bank.** | **Contingent Unliquidated** | | | $669,392.00 |
| **U.S. Small Business Administration** c/o Elan S. Levey 300 N. Los Angeles Street Fed. Bldg. Rm. 7516 Los Angeles, CA 90012 | | **Assets of the Debtor** | | $164,809.93 | $0.00 | $164,809.93 |

### United States Bankruptcy Court
#### Central District of California

In re    **Columbia Asthma & Allergy Clinic I, PC** _____    Case No. _____
                                             Debtor(s)    Chapter    **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sanjeev Jain**<br>**43575 Mission Blvd., #716**<br>**Fremont, CA 94539** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Sanjeev Jain, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    _02/01/2023_ _____    Signature    _Sanjeev Jain_ _____
                                                  Sanjeev Jain, MD

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**AAIM Care, LLC**
**22-30228-thp11**
**2/14/2022**
**U.S. Bankruptcy Court District of Oregon (Portland)**
**Sanjeev Jain is the principal**
**Teresa H Pearson**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ~~Fremont~~ Vancouver, WA, ~~California.~~

Date: 02/01/2023

Sanjeev Jain, ~~MD~~
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*    *Page 1*    **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name     **Columbia Asthma & Allergy Clinic I, PC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................   $ _____370,723.87

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................   $ _____370,723.87

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $ _____4,327,802.19

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____2,575,421.37

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b                                                                            $ _____6,903,223.56

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.      Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking account | 2620 | $2,052.59 |
| 3.2. | Chase Bank<br>The account is under the name of Sanjeev Jain dba Asthma & Allergy Clinic. This account was set up many years ago and is used to receive insurance payments from Blue Cross, Cigna, United Healthcare, Blue Shield, California Pacific, and other major medical insurance providers for the Debtor's billings.  The Debtor was initially operating as a dba since 2009 and subsequently converted to PC but continued to use this account for receipts and disbursements of Debtor's expenses.  Once the DIP accounts are set up, Debtor will transfer all funds that get deposited into this account to the general DIP account and work with each insurance company to change the payment processing bank account information. | Business checking account | 6990 | $4,724.39 |

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | | Case number *(If known)* | _____ |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.3. | **Chase Bank** <br> **The account is titled as Sanjeev Jain dba Asthma & Allergy Clinic. This account was set up many years ago and is linked to business checking ending in 6990 which is used to receive insurance payments from Blue Cross, Cigna, United Healthcare, Blue Shield, California Pacific, and other major medical insurance providers.  The Debtor was initially operating as a dba and subsequently converted to PC but this account name and the EIN never changed.** | **Business Savings account** | 1086 | $553.74 |

---

**4.     Other cash equivalents** *(Identify all)*

**5.     Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$7,330.72** |

---

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.     Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit with the landlord for the Fremont location** | $10,000.00 |
|---|---|---|

---

| 7.2. | **Security deposit with the landlord for the Redwood City location** | $10,000.00 |
|---|---|---|

---

| 7.3. | **Security deposit with the landlord (80 Grand MC, LLC) for the Oakland location** | $50,000.00 |
|---|---|---|

---

**8.     Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.     Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$70,000.00** |

| Part 3 | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.     Accounts receivable**

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | face amount | doubtful or uncollectible accounts | |
|---|---|---|---|
| 11a. 90 days old or less: Accounts receivable that are less than 90 days: **$241,140.26**. **Likelihood of recovery is appx. 30% of the face amount = $72,342.07** | $241,140.26 - | $168,798.19 = .... | $72,342.07 |
| 11a. 90 days old or less: **Accounts receivable from Itria Ventures LLC for funds intercepted from various insurance companies that were supposed to send the payments from the billings to the Debtor; subject to avoidance as preference payments.** | Unknown - | Unknown = .... | Unknown |
| 11b. Over 90 days old: **Accounts receivable from insurance companies that are more than 90 days old is $2,000,510.83. Likelihood of recovery is approximately 10% of the face value = $200,051.08.** | $2,000,510.83 - | $1,800,459.75 =.... | $200,051.08 |

| 12. | **Total of Part 3.** | | $272,393.15 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | |
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies** | | | |

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Medical supplies including allergy extracts which are perishable.** | | $0.00 | $10,000.00 |

---

**23.** **Total of Part 5.** | | | **$10,000.00** |

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes  (the allergy extracts are perishable)

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value  appx. $10,000  Valuation method _____  Current Value  appx. $10,000

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Office furniture and equipment (spirometer, BP machine, weighing machine located in each of the 3 offices). Fremont Office also has an ultrasound machine.  All equipment are paid in full.** | $0.00 | | $10,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Office supplies** | $0.00 | | $1,000.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.** | | | **$11,000.00** |

Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No

Debtor    **Columbia Asthma & Allergy Clinic I, PC**                          Case number *(If known)* _____
              Name

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.
**Debtor is leasing three locations for operation of its business in Fremont, Oakland, and Redwood City. See**
**Schedule G for details of each lease agreement.**

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Patient files (electronically stored)** | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.   **Total of Part 10.**                                                    | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
      ☐ No
      ☑ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | | Case number *(If known)* | |
| | Name | | | |

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Columbia Asthma & Allergy Clinic l, PC**                        Case number *(If known)* _____
              Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,330.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $70,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $272,393.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $370,723.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $370,723.87 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **ASD Specialty Healthcare, LLC**<br>Creditor's Name<br><br>**Statman, Harris & Eyrich, LLC**<br>**c/o William B. Fecher, Esq.**<br>**35 East 7th Street, Suite 315**<br>**Cincinnati, OH 45202**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/19/2019**<br>**Last 4 digits of account number**<br>**0229**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Assets of the Debtor**<br><br><br><br>**Describe the lien**<br>**UCC Filing #197708244981**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $292,248.56 | $0.00 |
| **2.2** **Avery Mills Square, L.P.**<br>Creditor's Name<br>**c/o L. Peter Ryan**<br>**Fox Rothschild LLP**<br>**345 California Street, Suite 2200**<br>**San Francisco, CA 94104**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**Assets of the Debtor**<br><br><br><br>**Describe the lien**<br>**Notice of Judgment Lien (JL-1)**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | $63,122.65 | $0.00 |

| Debtor | Columbia Asthma & Allergy Clinic I, PC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**7/20/2022**

**Last 4 digits of account number**
**6012**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☒ Contingent

☒ Unliquidated

☐ Disputed

---

| 2.3 | **Avion Funding** | Describe debtor's property that is subject to a lien | $280,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**101 Chase Avenue, Ste 208**
**Lakewood, NJ 08701**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/20/2022**

**Last 4 digits of account number**
**n/a**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☒ Contingent

☒ Unliquidated

☐ Disputed

---

| 2.4 | **Cardinal Health 108 LLC** | Describe debtor's property that is subject to a lien | $419,821.05 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**7000 Cardinal Place**
**Dublin, OH 43017**
Creditor's mailing address

**Describe the lien**
**UCC Statement #207767503138**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2019**

**Last 4 digits of account number**
**4165**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☒ Contingent

☒ Unliquidated

☐ Disputed

---

| 2.5 | **Itria Ventures LLC** | Describe debtor's property that is subject to a lien | $541,800.00 | $0.00 |
|---|---|---|---|---|

---

Debtor **Columbia Asthma & Allergy Clinic I, PC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **Assets of the Debtor** |
| **c/o Jonathan Gitlin, Esq.** | |
| **One Penn Plaza, Suite 3101** | |
| **New York, NY 10119** | |
| Creditor's mailing address | Describe the lien |
| | **UCC Financing Stmt for Receivables Sales Agreement** |
| | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ☐ No |
| Date debt was incurred | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **2/4/2022 and 5/9/2022** | |
| Last 4 digits of account number | |
| **5727** | As of the petition filing date, the claim is: |
| Do multiple creditors have an interest in the same property? | Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **JP Morgan Chase** | Describe debtor's property that is subject to a lien | $1,859,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**12360 Lake City Way NE**
**Seattle, WA 98125**
Creditor's mailing address

Describe the lien
**UCC Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/30/2020**
Last 4 digits of account number
**9329**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **LG Funding LLC** | Describe debtor's property that is subject to a lien | $207,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**1218 Union Street**
**Brooklyn, NY 11225**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**9/29/2022**
Last 4 digits of account number
**n/a**

---

Debtor **Columbia Asthma & Allergy Clinic I, PC**
_____     Case number (if known) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **MedPharm Services LLC** | **Describe debtor's property that is subject to a lien** | $500,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Promissory note secured by a personal stock pledge from the Debtor's CEO, Sanjeev Jain, and a personal guarnatee by Sanjeev Jain.** | | |

**c/o  Kalpesh Patel, Managing Member
3100 Carr 199 Ste 104
San Juan, PR 00926**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/26/2022**
**Last 4 digits of account number**
**4034**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $164,809.93 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Assets of the Debtor** | | |

**c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/7/2020**
**Last 4 digits of account number**
**7805**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $4,327,802.19 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor   **Columbia Asthma & Allergy Clinic I, PC**
_____     Case number (if known) _____
          Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AmerisourceBergen Drug Corp**<br>**1300 Morris Drive**<br>**Wayne, PA 19087** | Line  **2.1** | |
| **Cardinal Health 108 LLC**<br>**c/o Susan K. Cliffel, Esq.**<br>**Porter Wright Morris & Arthur LLP**<br>**250 East Fifth Street, Suite 2200**<br>**Cincinnati, OH 45202** | Line  **2.4** | |
| **MedPharm Services LLC**<br>**3100 Carr 199 Ste 202**<br>**San Juan, PR 00926** | Line  **2.8** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>**Franchise Tax Board**<br>**Bankruptcy Section MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6854**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br><br>**Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6854**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| | | | **$26,000.00** |
| **3.1** | Nonpriority creditor's name and mailing address<br><br>**13847 San Leandro Partners LLC**<br>**c/o Donald L. Smith, Esq.**<br>**80770 Via Montecito**<br>**La Quinta, CA 92253** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred **06/27/2022**<br>Last 4 digits of account number **8752** | Basis for the claim:  **Judgment arising from breach of lease agreement**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$12,091.22** |
|---|---|---|
| **500 East Calaveras Investments LLC**<br>**500 E. Calaveras Blvd., #218**<br>**Milpitas, CA 95035** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Lease for premises that Debtor had rejected the lease for and vacated** | |
| Last 4 digits of account number  **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$5,633.24** |
|---|---|---|
| **Airport Corporate Centre, LLC**<br>**c/o Cranbrook Group, Inc.**<br>**4701 Sisk Road, Suite 101**<br>**Modesto, CA 95356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2023** | Basis for the claim:  **Lease for the Oakland location; Debtor is one month delinquent.** | |
| Last 4 digits of account number  **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$75,326.75** |
|---|---|---|
| **Caremark FR**<br>**PO Box 840688**<br>**Dallas, TX 75284-0688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  **medical supplies** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$53,657.98** |
|---|---|---|
| **Dr Catalyst LLC**<br>**PO Box 255436**<br>**Sacramento, CA 95865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Services** | |
| Last 4 digits of account number  **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$16,401.21** |
|---|---|---|
| **ERTech Pros, LLC**<br>**PO Box 255687**<br>**Sacramento, CA 95865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/2022 - 1/2023** | Basis for the claim:  **Services** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$3,000.00** |
|---|---|---|
| **Isaias Perez Arcos**<br>**2885 San Bruno Ave Apt B**<br>**San Francisco, CA 94134** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  **Services** | |
| Last 4 digits of account number  **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$121,868.76** |
|---|---|---|
| **Lawrence Commercial Center, LLC**<br>**PO Box 9931**<br>**San Jose, CA 95157** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Lease for Sunnyville office which the Debtor had vacated; Included as a precaution and for notification purposes** | |
| Last 4 digits of account number  **1660** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$57,292.01** |
|---|---|---|
| **Meditab Software Inc.**<br>**PO Box 255687**<br>**Sacramento, CA 95865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/1/2022 - 1/2023** | Basis for the claim:  **Services** | |
| Last 4 digits of account number  **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Columbia Asthma & Allergy Clinic I, PC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.10**

**Nonpriority creditor's name and mailing address**
MedPharm Services LLC
Attn: General Counsel
3100 Carr 199 Ste 202
San Juan, PR 00926

Date(s) debt was incurred **12/20/2022**

Last 4 digits of account number **N/A**

**As of the petition filing date, the claim is:** Check all that apply.    **$200,000.00**
- [ ] Contingent
- [✓] Unliquidated
- [ ] Disputed

Basis for the claim: **Promissory note secured by a personal stock pledge from the Debtor's CEO, Sanjeev Jain, and a personal guarantee by Sanjeev Jain and Rajeev Jain.**

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**
OnDeck Capital, LLC
Client Service Center
4201 Wilson Blvd., Ste 110-209
Arlington, VA 22203

Date(s) debt was incurred **7/21/2022**

Last 4 digits of account number **5214**

**As of the petition filing date, the claim is:** Check all that apply.    **$250,000.00**
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed

Basis for the claim: **Business loan**

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
OSO Specialty Infusion
c/o Clark Hill LLP
Attn: David M. Perl, Esq.
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Date(s) debt was incurred **_**

Last 4 digits of account number **0455**

**As of the petition filing date, the claim is:** Check all that apply.    **$600,000.00**
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed

Basis for the claim: **Complaint by OSO against Columbia Asthma and Allergy Clinic, Inc, and a cross-complaint by Columbia Asthma and Allergy Clinic, Inc. against OSO.  Included as a precaution and for notification**

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**
Savi Commercial Group II, LLC
PO Box 6103
Fremont, CA 94538

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.    **$102,292.70**
- [✓] Contingent
- [✓] Unliquidated
- [ ] Disputed

Basis for the claim: **Unpaid rent for the old Fremont office lease.**

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
SPI 80 Grand Broadway
c/o Seagant Properties, Inc.
980 Fifth Avenue
San Rafael, CA 94901

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.    **$382,465.50**
- [✓] Contingent
- [✓] Unliquidated
- [ ] Disputed

Basis for the claim: **Lease for old Oakland office that Debtor vacated**

Is the claim subject to offset? [✓] No [ ] Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

Date(s) debt was incurred **3/13/2021**

Last 4 digits of account number **7702**

**As of the petition filing date, the claim is:** Check all that apply.    **$669,392.00**
- [✓] Contingent
- [✓] Unliquidated
- [ ] Disputed

Basis for the claim: **PPP loan #2 through JP Morgan Chase Bank.**

Is the claim subject to offset? [✓] No [ ] Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

---

| Debtor | Columbia Asthma & Allergy Clinic I, PC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bradley R. Chibos, Esq.**<br>**999 W Taylor St, Suite A**<br>**San Jose, CA 95126** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **JP Morgan Chase**<br>**12360 Lake City Way NE**<br>**Seattle, WA 98125** | Line **3.15**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,575,421.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,575,421.37 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **13847 E. 14th Street, Suite 112, San Leandro, CA 94578.  Debtor rejected the lease and vacated the premises.** | |
|---|---|---|---|
| | State the term remaining | | **13847 San Leandro Partners LLC c/o Donald L. Smith, Esq. 80770 Via Montecito La Quinta, CA 92253** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for Suite 500 located at 80 Grand Avenue, in Oakland, CA 94612. Rentable area is appx. 4,960 square feet. Term of the lease is for 10 years and five months. The lease commenced on May 1, 2018 and  set to expire on September 30, 2028.  Current monthly base rent is $35,000.  Debtor rejected the lease and vacated the premises.** | |
|---|---|---|---|
| | State the term remaining | | **80 Grand MC, LLC c/o Seagate Grand Manager, LLC Attn:  Willis K. Polite, Jr.** |
| | List the contract number of any government contract | | |

Debtor 1    Columbia Asthma & Allergy Clinic I, PC                          Case number *(if known)*
　　　　　　First Name　　　Middle Name　　　Last Name

## ▉ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**　　　　　　　State the name and mailing address for all other parties with
　　　　　　　　　　　　　　　　　　　　　　　　　　whom the debtor has an executory contract or unexpired
　　　　　　　　　　　　　　　　　　　　　　　　　　lease

| | | | |
|---|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the Oakland office located at 7677 Oakport Street, Suite 105, Oakland, CA 94621. The lease was entered into on January 28, 2022 to commence on February 1, 2022 for 39 months. The rent for months 1-3 is free; rent for months 4-15 is $6,402.40; for months 16-27 $6,594.47; and for months 28 - 39 $6,792.31 per month. Debtor wishes to remain on the property, assume the lease and promptly cure any default.** | |
| | State the term remaining | | **Airport Corporate Centre, LLC c/o Cranbrook Group, Inc. 4701 Sisk Road, Suite 101 Modesto, CA 95356** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the premises located at 101 South San Mateo Drive, Suite 311, San Mateo, CA 94401. Lease commenced on November 1, 2018 for 3 years with a termination date of October 31, 2021. Debtor rejected the lease and vacated the premises.** | |
| | State the term remaining | | **Avery Mills Square, L.P. 260 Baldwin Avenue San Mateo, CA 94401** |
| | List the contract number of any government contract | | |

Official Form 206G　　　　　Schedule G: Executory Contracts and Unexpired Leases　　　　　Page 2 of 4

Debtor 1    **Columbia Asthma & Allergy Clinic I, PC**                    Case number *(if known)*
　　　　　First Name　　　　Middle Name　　　　Last Name

■    **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Management Service Agreement between the Debtor and CMD Group, LLC which commenced on August 1, 2021. Debtor agrees to pay 14% of the gross total monthly revenue collection with a minimum charge of $10,083.34 per month. There will be an additional handling charges of up to 20% for all the payments directly made to the vendors in advance by the Manager company. Debtor wishes to assume the agreement.** | |
| | State the term remaining | | **CMD Group, LLC c/of Rajeev Jain 3240 South White Road, Suite 275** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Sunnyville Office located at 520 Lawrence Expressway, Suite 303, Sunnyville, CA 94085. Debtor rejected the lease and vacated the premises.** | |
| | State the term remaining | | **Lawrence Commercial Center, LLC PO Box 9931 San Jose, CA 95157** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office lease for the Fremont office located at 3428 Mowry Avenue, Fremont, CA 94538. The lease term is for 6 years. Lease commenced in July 2016. Debtor wishes to assume the lease.** | |
| | State the term remaining | | **Savi Commercial Group II, LLC 3400 Mowry Avenue Fremont, CA 94538** |
| | List the contract number of any government contract | | |

Debtor 1  **Columbia Asthma & Allergy Clinic I, PC**                    Case number *(if known)*  _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease agreement for Redwood City office located at 80 Arch Street, Suite A and Suite B, in Redwood City, CA 94062. Teh lease commenced on March 1, 2019 for a 10-year term.  Monthly obligation for Suite A is $7,800 per month and $3,400 for Suite B. Rent increase of 3% per year commencing July 1, 2020. Security deposit of $10,000.  Debtor wishes to assume the lease.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Wayne and Jennifer Deutscher 3206 Verdun Avenue San Mateo, CA 94403** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                           Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | AAIM Care, LLC | c/o Michael D. O'Brien & Associates 12909 SW 68th Pkwy, Suite 160 Portland, OR 97223 | JP Morgan Chase | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.2 | AAIM Care, LLC | c/o Michael D. O'Brien & Associates 12909 SW 68th Pkwy, Suite 160 Portland, OR 97223 | Avion Funding | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Allergy & Asthma Center of | S.W. Washington, LLC 43575 Mission Blvd., #716 Fremont, CA 94539 | Itria Ventures LLC | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Allergy & Asthma Center of | S.W. Washington, LLC dba Columbia Asthma & Allergy ClinicLLC 43575 Mission Blvd., #716 Fremont, CA 94539 | LG Funding LLC | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | Columbia Asthma & Allergy Clinic I, PC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | | |
|---|---|---|---|---|---|
| 2.5 | Allergy and Asthma Center of | SW Washington, LLC<br>43575 Mission Blvd., #716<br>Fremont, CA 94539 | Avion Funding | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ | |
| 2.6 | Allergy and Asthma Center of | SW Washington, LLC<br>43575 Mission Blvd., #716<br>Fremont, CA 94539 | OnDeck Capital, LLC | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ | |
| 2.7 | Columbia Asthma & Allergy | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | OSO Specialty Infusion | ☐ D _____<br>■ E/F   **3.12**<br>☐ G _____ | |
| 2.8 | Columbia Asthma & Allergy Clinic LL | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | JP Morgan Chase | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ | |
| 2.9 | Columbia Asthma Allergy Clinic LLC | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | Cardinal Health 108 LLC | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ | |
| 2.10 | Columbia Asthma and | Allergy Clinic Inc.<br>43575 Mission Blvd., #716<br>Fremont, CA 94539 | ASD Specialty Healthcare, LLC | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ | |
| 2.11 | Columbia Asthma&Allergy Clinic Inc | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | Avion Funding | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ | |

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | | | Column 2: Creditor

| 2.12 | **Columbia Asthma&Allergy Clinic LLC** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **LG Funding LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.13 | **Idaho Allergy, LLC** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **Itria Ventures LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.14 | **Northwest Allergy & Asthma Special** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **Itria Ventures LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Nova Innovations, LLC** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **Itria Ventures LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Pacifica Medical Group, LLC** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **Itria Ventures LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Rajeev Jain** | 4209 Mackin Woods Lane San Jose, CA 95135 | **MedPharm Services LLC** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.18 | **Sanjeev Jain** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **JP Morgan Chase** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **Sanjeev Jain** | 43575 Mission Blvd., #716 Fremont, CA 94539 | **Cardinal Health 108 LLC** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | | Case number *(if known)* | |
|---|---|---|---|---|

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*      *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.20 | **Sanjeev Jain** | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | **LG Funding LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Sanjeev Jain dba<br>Asthma and<br>Allergy** | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | **13847 San Leandro<br>Partners LLC** | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.22 | **Sanjeev Jain, MD** | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | **Avion Funding** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | **Sanjeev Jain, MD** | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | **MedPharm Services<br>LLC** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.24 | **Sanjeev Jain, MD** | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | **Itria Ventures LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | **Sanjeev Jain, MD** | 43575 Mission Blvd., #716<br>Fremont, CA 94539 | **MedPharm Services<br>LLC** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Sanjeev Jain** | | **Wayne and Jennifer<br>Deutscher** | ☐ D ____<br>☐ E/F ____<br>■ G __2.8__ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Columbia Asthma & Allergy Clinic I, PC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | ☐ Operating a business<br>☑ Other   Gross revenue | **$39,162.65** |
| **For prior year:**<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>☑ Other   Gross revenue | **$2,827,396.58** |
| **For year before that:**<br>From  1/01/2021 to 12/31/2021 | ☐ Operating a business<br>☑ Other   Gross receipts | **$3,395,059.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Columbia Asthma & Allergy Clinic I, PC**                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **13847 San Leandro Partners LLC**<br>c/o Donald L. Smith, Esq.<br>80770 Via Montecito<br>La Quinta, CA 92253 | 11/28/2022 | $8,781.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Levied the bank account to satisfy the judgment.** |
| 3.2.   **Itria Ventures LLC**<br>c/o Jonathan Gitlin, Esq.<br>One Penn Plaza, Suite 3101<br>New York, NY 10119 | Various payments made by insurance companies to Itria within 90 days prior to the filing | Unknown | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **UCC Financing Statement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Rajeev Jain**<br>**4209 Mackin Woods Lane**<br>**San Jose, CA 95135**<br>**Administrative Manager** | 2022 | $45,873.80 | Compensation |
| 4.2.   **Kavita Jain**<br>**43575 Mission Blvd., #716**<br>**Fremont, CA 94539**<br>**IT Tech** | 2022 | $480.15 | Compensation |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  **Columbia Asthma & Allergy Clinic I, PC**                                    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Itria Ventures LLC v. Sanjeev Jain dba Columbia Asthma & Allergy Clinic; Allergy & Asthma Center of S.W. Washington, PLLC DBA Columbia Asthma & Allergy Clinic LLC; Columbia Asthma & Allergy Clinic I, PC, Northwest Allergy and Asthma Specialists, LLC, Idaho Allergy, LLC, Pacifica Medical Group, LLC, and Nova Innovations, LLC.**<br>**530606/2022** | **Breach of Contract; Breach of Guaranty;** | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams Street**<br>**New York, NY 11201** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | **ASD Specialty Healthcare, LLC dba Besse Medical v. Columbia Asthma and Allergy Clinic, Inc.**<br>**CV 2020 01 0229** | **Breach of Contract** | **In The County of Common Pleas**<br>**Butler County, Ohio**<br>**315 High St. 5th Floor**<br>**Hamilton, OH 45011** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Cardinal Health 108 LLC v. Columbia Asthma & Allergy Clinic, LLC, et al.**<br>**19CV-004165** | **Breach of Contract, Goods Sold and Delivered, Open accounts, and unjust enrichment** | **In the Franklin County Court**<br>**of Common Pleas**<br>**General Division**<br>**345 S High St,**<br>**Columbus, OH 43215** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **OSO Speciality Infusion v. Columbia Asthma and Allergy Clinic Inc.**<br>**RG19040455** | **Breach of Contract** | **Alameda County**<br>**Superior Court**<br>**2233 Shore Line Dr.,**<br>**Alameda, CA 94501** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **13847 San Leandro Partners LLC v. Columbia Asthma and Allergy Clinic**<br>**HG20078752** | **Breach of Contract** | **Superior Court of California, Alameda County**<br>**24405 Amador Street**<br>**Hayward, CA 94544** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Columbia Asthma & Allergy Clinic I, PC**                    Case number *(if known)* _____

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Offices of Michael Jay Berger** 9454 Wilshire Blvd, 6th Floor Beverly Hills, CA 90212 | | 10/17/2022 - $5,000 11/22/2022 - $14,238.00 1/27/2023 - $7,500 | $26,738.00 |
| Email or website address Michael.Berger@bankruptcypower.com | | | |
| Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor **Columbia Asthma & Allergy Clinic I, PC** _____     Case number *(if known)* _____

---

☑ Does not apply

| **Address** | **Dates of occupancy**<br>**From-To** |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Fremont Office**<br>**3448 Mowry Avenue**<br>**Fremont, CA 94538** | **Allergy and Asthma treatment** | **Debtor does not provide any meals or housing** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Fremont office (electronically stored)** | **How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |
| 15.2. **Redwood City**<br>**80 Arch Street**<br>**Redwood City, CA 94062** | **Allergy and Asthma treatment** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Redwood City (electronically stored)** | **How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |
| 15.3. **Oakland Office**<br>**7677 Oakport Street, Ste 105**<br>**Oakland, CA 94621** | **Allergy and Asthma treatment** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Oakland office (electronically stored)** | **How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name, date of birth, social security number, picture ID, patient**
**demographic, insurance & healthcare related information**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

---

Debtor   **Columbia Asthma & Allergy Clinic I, PC**                    Case number *(if known)* _____

☐ No Go to Part 10.
☑ Yes. Fill in below:
Name of plan                                              Employer identification number of the plan
**Fidelity 401k Profit Sharing Plan & Trust**             EIN:   **34-2046854**

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | HSBC Bank Attn: Bankruptcy POB 5213 Carol Stream, IL 60197 | XXXX-1086 (checking) and xxxx-0147 (savings) | ☑ Checking ☑ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2022 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Debtor    **Columbia Asthma & Allergy Clinic I, PC**                                    Case number *(if known)* _____

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Kislay Banka, CPA**<br>**Chugh CPAS, LLP**<br>**15925 Carmenita Rd.**<br>**Cerritos, CA 90703** | **01/2/2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Columbia Asthma & Allergy Clinic I, PC**                           Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Kislay Banka, CPA**<br>**1600 Duane Ave**<br>**Santa Clara, CA 95054** | |
| 26c.2.  **Sanjeev Jain, MD**<br>**43575 Mission Blvd., #716**<br>**Fremont, CA 94539** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Chase Bank**

26d.2.   **U.S. Small Business Administration**

26d.3.   **Itria Ventures LLC and other secured creditors listed on schedule D**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sanjeev Jain, MD** | **43575 Mission Blvd., #716**<br>**Fremont, CA 94539** | **Chief Executive Officer and Chief Medical Officer** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rajeev Jain** | **4209 Mackin Woods Lane**<br>**San Jose, CA 95135** | **Chief Operating Officer and CIO** | **no interest** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Debtor | **Columbia Asthma & Allergy Clinic I, PC** | Case number *(if known)* |
|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Rajeev Jain**<br>**4209 Mackin Woods Lane**<br>**San Jose, CA 95135** | **$45,873.80** | **2022** | **W-2 compensation** |
| | **Relationship to debtor**<br>**Employee and brother of Debtor's principal, Sajeev Jain** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | | Employer Identification number of the pension fund |
|---|---|---|
| **Fidelity 401k Profit Sharing Plan & Trust** | EIN: | **34-2046854** |
| **JP Morgan Chase - Simple IRA** | EIN: | **34-2046854** |

---

**Part 14:   Signature and Declaration**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *02/01/2023*

*Sanjeev Jain* (signature)

Signature of individual signing on behalf of the debtor

**Sanjeev Jain, MD**
Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Columbia Asthma & Allergy Clinic I, PC**
_____
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept  A RETAINER OF | $ | 25,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____2/1/2023_____
_Date_

_Michael Jay Berger_ (signature)

**Michael Jay Berger**
_Signature of Attorney_
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
_Name of law firm_

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: **100291 CA**
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **Columbia Asthma & Allergy Clinic I, PC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of   **7**   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    *02/01/2023*

Signature of Debtor 1

Date:    _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:    2/1/2023

/s/Michael Jay Berger

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Columbia Asthma & Allergy Clinic I, PC
43575 Mission Blvd., #716
Fremont, CA 94539


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


13847 San Leandro Partners LLC
c/o Donald L. Smith, Esq.
80770 Via Montecito
La Quinta, CA 92253


500 East Calaveras Investments LLC
500 E. Calaveras Blvd., #218
Milpitas, CA 95035


80 Grand MC, LLC
c/o Seagate Grand Manager, LLC
Attn:  Willis K. Polite, Jr.


AAIM Care, LLC
c/o Michael D. O'Brien & Associates
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223


Airport Corporate Centre, LLC
c/o Cranbrook Group, Inc.
4701 Sisk Road, Suite 101
Modesto, CA 95356


Allergy & Asthma Center of
S.W. Washington, LLC
43575 Mission Blvd., #716
Fremont, CA 94539

Allergy & Asthma Center of
S.W. Washington, LLC dba
Columbia Asthma & Allergy ClinicLLC
43575 Mission Blvd., #716
Fremont, CA 94539


Allergy and Asthma Center of
SW Washington, LLC
43575 Mission Blvd., #716
Fremont, CA 94539


AmerisourceBergen Drug Corp
1300 Morris Drive
Wayne, PA 19087


ASD Specialty Healthcare, LLC
Statman, Harris & Eyrich, LLC
c/o William B. Fecher, Esq.
35 East 7th Street, Suite 315
Cincinnati, OH 45202


Avery Mills Square, L.P.
c/o L. Peter Ryan
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104


Avery Mills Square, L.P.
260 Baldwin Avenue
San Mateo, CA 94401


Avion Funding
101 Chase Avenue, Ste 208
Lakewood, NJ 08701


Bradley R. Chibos, Esq.
999 W Taylor St, Suite A
San Jose, CA 95126

Cardinal Health 108 LLC
7000 Cardinal Place
Dublin, OH 43017


Cardinal Health 108 LLC
c/o Susan K. Cliffel, Esq.
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202


Caremark FR
PO Box 840688
Dallas, TX 75284-0688


CMD Group, LLC
c/of Rajeev Jain
3240 South White Road, Suite 275


Columbia Asthma & Allergy
43575 Mission Blvd., #716
Fremont, CA 94539


Columbia Asthma & Allergy Clinic LL
43575 Mission Blvd., #716
Fremont, CA 94539


Columbia Asthma Allergy Clinic LLC
43575 Mission Blvd., #716
Fremont, CA 94539


Columbia Asthma and
Allergy Clinic Inc.
43575 Mission Blvd., #716
Fremont, CA 94539

Columbia Asthma&Allergy Clinic Inc
43575 Mission Blvd., #716
Fremont, CA 94539


Columbia Asthma&Allergy Clinic LLC
43575 Mission Blvd., #716
Fremont, CA 94539


Dr Catalyst LLC
PO Box 255436
Sacramento, CA 95865


ERTech Pros, LLC
PO Box 255687
Sacramento, CA 95865


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Idaho Allergy, LLC
43575 Mission Blvd., #716
Fremont, CA 94539


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Isaias Perez Arcos
2885 San Bruno Ave Apt B
San Francisco, CA 94134

Itria Ventures LLC
c/o Jonathan Gitlin, Esq.
One Penn Plaza, Suite 3101
New York, NY 10119


JP Morgan Chase
12360 Lake City Way NE
Seattle, WA 98125


Lawrence Commercial Center, LLC
PO Box 9931
San Jose, CA 95157


LG Funding LLC
1218 Union Street
Brooklyn, NY 11225


Meditab Software Inc.
PO Box 255687
Sacramento, CA 95865


MedPharm Services LLC
Attn: General Counsel
3100 Carr 199 Ste 202
San Juan, PR 00926


MedPharm Services LLC
c/o Kalpesh Patel, Managing Member
3100 Carr 199 Ste 104
San Juan, PR 00926


MedPharm Services LLC
3100 Carr 199 Ste 202
San Juan, PR 00926

Northwest Allergy & Asthma Special
43575 Mission Blvd., #716
Fremont, CA 94539


Nova Innovations, LLC
43575 Mission Blvd., #716
Fremont, CA 94539


OnDeck Capital, LLC
Client Service Center
4201 Wilson Blvd., Ste 110-209
Arlington, VA 22203


OSO Specialty Infusion
c/o Clark Hill LLP
Attn: David M. Perl, Esq.
One Embarcadero Center, Suite 400
San Francisco, CA 94111


Pacifica Medical Group, LLC
43575 Mission Blvd., #716
Fremont, CA 94539


Rajeev Jain
4209 Mackin Woods Lane
San Jose, CA 95135


Sanjeev Jain
43575 Mission Blvd., #716
Fremont, CA 94539


Sanjeev Jain

Sanjeev Jain dba Asthma and Allergy
43575 Mission Blvd., #716
Fremont, CA 94539


Sanjeev Jain, MD
43575 Mission Blvd., #716
Fremont, CA 94539


Savi Commercial Group II, LLC
PO Box 6103
Fremont, CA 94538


Savi Commercial Group II, LLC
3400 Mowry Avenue
Fremont, CA 94538


SPI 80 Grand Broadway
c/o Seagant Properties, Inc.
980 Fifth Avenue
San Rafael, CA 94901


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


Wayne and Jennifer Deutscher
3206 Verdun Avenue
San Mateo, CA 94403

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>michael.berger@bankruptcypower.com | |

☑ *Attorney for:  Columbia Asthma & Allergy Clinic I, PC*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Columbia Asthma & Allergy Clinic I, PC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:     11<br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,     Sanjeev Jain _____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:
☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.　☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests: **Sanjeev Jain holds a 100% ownership interest in the Debtor.** See Addendum

b.　☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_02/01/2023_
Date

By: _Sanjeev Jain_
Signature of Debtor, or attorney for Debtor

Name: **Sanjeev Jain**
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:**

Sanjeev Jain

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**