PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, State Bar No. 133775
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 567-1129
Facsimile No. (213) 894-2603
Email: Kelly.L.Morrison@usdoj.gov

**FILED & ENTERED**

**AUG 02 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>COLUMBIA ASTHMA & ALLERGY CLINIC I, LLC<br><br>Debtor. | Case No.: 2:23-bk-10579-VZ<br><br>Chapter 11<br><br>Subchapter V<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT CHAPTER 11 CASE TO ONE UNDER CHAPTER 7**<br><br><u>Hearing on UST Motion to Convert/Dismiss</u><br>Date: July 27, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 1368, 255 East Temple St<br>           Los Angeles, CA 90012 |

    The Court held a hearing on the U.S. Trustee's Motion to Convert or Dismiss (the "Motion,") [Dkt. No. 191] on July 27, 2023 at 10:00 a.m. Appearances are reflected on the Court's record.

1

1  Based on the findings and conclusions made at the hearing, **IT IS ORDERED** that the
2  Motion is **GRANTED** and this case is converted from one under Chapter 11 to one under Chapter
3  7, bearing the same case number.

###

Date: August 2, 2023

*[signature]*
Vincent P. Zurzolo
United States Bankruptcy Judge